COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00476-CR |
| Style: | Michael Paul Parkinson v. The State of Texas |
| Date motion filed\*: | March 19, 2015 |
| Type of motion: | Second Motion to Extend Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's brief |

Is appeal accelerated?    No.

If motion to extend time:

Original due date:    January 9, 2015

Number of extensions granted:    1    Current Due Date:  April 9, 2015

Date Requested:    June 9, 2015

Ordered that motion is:

☐ Granted

　　If document is to be filed, document due:

　　☐    No further extensions of time will be granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

Given the notice from the Clerk of Court on 1/8/15 granting appellant's motion for an extension of time to file appellant's brief advised appellant that no further extensions would be granted, since the first motion requested 90 days, and because there are still 2 weeks until the 4/9/15 deadline, we **DENY** appellant's second motion for a 60-day extension.  Accordingly, if the appellant's brief is not filed by 4/9/15, we will abate this case for a hearing. *See* TEX. R. APP. P. 38(b)(2).

Judge's signature: /s/ Laura C. Higley
　　　　　　☒ Acting individually　　☐ Acting for the Court

Date:  March 24, 2015

November 7, 2008 Revision